## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BEVERLY R., on behalf of her minor child, E.R.** | * * | **NO. 2:20-cv-02924** |
| | * | **SECTION "E" (3)** |
| **v.** | * * | |
| | * | **JUDGE SUSIE MORGAN** |
| **MT. CARMEL ACADEMY OF NEW ORLEANS, INC.** | * * | **MAGISTRATE JUDGE DOUGLAS** |

## JOINT STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Beverly R., on behalf of her minor child, E.R., and Defendant, Mount Carmel Academy of New Orleans, Inc., which, pursuant to Fed. R. Civ. Proc. 41(a)(1), and upon suggesting that Plaintiff's Motion for Authority to Compromise Minor's Claim [Rec. Doc. 31] is now moot because Plaintiff sought and obtained such authority in state court, jointly stipulate that all claims and demands asserted by Plaintiff, Beverly R., on behalf of her minor child, E.R., against Defendant, Mount Carmel Academy of New Orleans, Inc., be and hereby are dismissed with prejudice, each party to bear their own costs.

Respectfully submitted,

*/s/ Chris Edmunds*
Chris Edmunds (La. Bar #37670)
Chris Edmunds Law Office
4937 Hearst Street, Suite 2F
Metairie, LA 70001
Telephone: (504) 314-0034
E-mail: chrisedmundslaw@gmail.com

*Attorneys for Plaintiff,*
*Beverly R., on behalf of her minor child, E.R.*

- and -

**ADAMS AND REESE LLP**

*/s/ A. Kirk Gasperecz*
A. Kirk Gasperecz (La. Bar #17583)
Shelly Spansel Howat (La. Bar #30067)
Adrienne C. May (La. Bar #35037)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Fax No.: (504) 566-0210
E-mail: kirk.gasperecz@arlaw.com

*Attorneys for Defendant,*
*Mount Carmel Academy of New Orleans, Inc.*